MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JUDY RAE JARVIS, <br>     Defendant. | No. CR 11-0146 SBA <br><br> **STIPULATION AND ORDER TO VACATE TRIAL DATE, TO SET STATUS CONFERENCE/ CHANGE OF PLEA FOR MAY 1, 2012 AT 11:00 A.M., AND TO EXCLUDE TIME FROM MARCH 8, 2012 TO MAY 1, 2012** |

On November 28, 2011, the parties appeared before the Honorable Saundra Brown Armstrong for a status conference. At that hearing, the Court set this matter down for trial to begin on May 14, 2012, with the pretrial conference to be held on May 1, 2012 at 11:00 a.m.

The government has conducted further investigation and now anticipates seeking a superseding indictment charging the defendant with filing false tax returns, in violation of 26 U.S.C. § 7206(1). The government has produced additional discovery to the defendant related to the potential tax fraud charges, and anticipates producing additional discovery in the coming weeks. Further, in light of these potential new charges, the parties have renewed plea negotiations and have reason to believe a resolution short of trial is possible in this case. For

ORDER VACATING TRIAL DATE AND EXCLUDING TIME
CR 11-0146 SBA

1 | these reasons with the agreement of counsel for both parties and the defendant, the parties now
2 | stipulate and ask the Court to find and hold as follows:

    1. The trial date of May 14, 2012, and the pretrial filing deadlines in the Court's pretrial order are vacated.

    2. The pretrial status conference set for May 1, 2012 at 11:00 a.m. shall remain on calendar and will be held as a status conference/change of plea.

    3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 8, 2012 to May 1, 2012. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery and conduct investigation related to potential tax fraud charges in the anticipated superseding indictment.

    4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 8, 2012 to May 1, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//
//
//
//
//
//
//

//

5. Accordingly, and with the consent of the defendant, the Court orders that the period from March 8, 2012 to May 1, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: March 8, 2012  /s/
DEBORAH G. LEVINE
Counsel for Judy Rae Jarvis

DATED: March 8, 2012  /s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/8/12

SAUNDRA BROWN ARMSTRONG
United States District Judge